IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 09-6055 |
| GLOBAL REINSURANCE CORPORATION OF AMERICA (FORMERLY KNOWN AS CONSTITUTION REINSURANCE CORPORATION), | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 23rd day of April, 2010, upon consideration of Defendant Global Reinsurance Corporation of America's Motion for Judgment on the Pleadings (Doc. No. 18) and Plaintiff Pacific Employers Insurance Company's Cross-Motion for Judgment on the Pleadings (Doc. No. 20) as to Count II of Global's Counterclaim for Declaratory Judgment, and all the Responses and Replies thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's Motion is **DENIED**.

It is **ADJUDGED** and **DECLARED** that Global's maximum liability to PEIC under the reinsurance contract, Certificate Number 68224, is $1 million, inclusive of expenses.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE