IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | No. 09-6055 |
| GLOBAL REINSURANCE CORPORATION OF AMERICA (FORMERLY KNOWN AS CONSTITUTION REINSURANCE CORPORATION), | : : : : : : | |
| Defendant. | : : | |

## ORDER

**AND NOW**, this 9th day of June, 2010, upon consideration of Plaintiff Pacific Employers Insurance Company's "Motion for Reconsideration or, in the Alternative, for Certification of Final Order Pursuant to Federal Rule of Civil Procedure 54(b) or, in the Alternative, to Certify April 23, 2010 Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b)" (Doc. No. 27), and the Responses and Replies thereto, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE