IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 09-6055 |
| GLOBAL REINSURANCE CORPORATION OF AMERICA (FORMERLY KNOWN AS CONSTITUTION REINSURANCE CORPORATION), | |
| Defendant. | |

## ORDER

**AND NOW** this 18th day of April, 2011, after careful consideration of Pacific Employers Insurance Company's ("Plaintiff") Motion to Strike (Doc. No. 39), Global Reinsurance Corporation of America's ("Defendant") Opposition, and Plaintiff's Reply, it is hereby **ORDERED** that said Motion is **GRANTED IN PART** and **DENIED IN PART**. It is further **ORDERED** that:

1. Plaintiff's Motion to Strike Paragraph 57 of Defendant's Answer, Affirmative Defenses, and Counterclaim is **GRANTED**; and

2. Plaintiff's Motion to Strike Paragraphs 39 and 68-72 of Defendant's Answer, Affirmative Defenses and Counterclaim is **DENIED**.

BY THE COURT

/s/ Robert. F. Kelly
ROBERT F. KELLY
SENIOR JUDGE