# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 09-6055 |
| GLOBAL REINSURANCE CORPORATION OF AMERICA (FORMERLY KNOWN AS CONSTITUTION REINSURANCE CORPORATION), | : | |
| Defendant. | : | |

## ORDER

**AND NOW** this 23rd day of May, 2011, upon consideration of Defendant Global Reinsurance Corporation of America's Motion for Summary Judgment on Count I of its Counterclaim for Declaratory Judgment (Doc. No. 42) and all the Responses, Replies and Surreplies[1] thereto, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

---

[1] We deny PEIC's Motion for Leave to File a Surreply (Doc. No. 62) as moot since we did not resort to extrinsic evidence in interpreting the Certificate. We further deny Global's Motions to Strike (Doc. No.'s 47, 50) as moot on the same basis.